```
          UNITED STATES DISTRICT COURT FOR THE
                DISTRICT OF NEW HAMPSHIRE
```

Eugene Gayda

    v.                                 Civil No. 05-244-JD

City of Nashua, Michael Buxton,
Michael J. Vaccaro, and Philip Chouinard

PROCEDURAL ORDER

The Court commends the parties and counsel for their efforts in reaching a non-trial disposition of this matter.

SO ORDERED.

                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

December 4, 2006

cc:  Brian J.S. Cullen, Esquire
     Fred K. Mayer, III, Esquire